UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| KENNETH MOBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5: 20-432-HRW |
| | ) | |
| V. | ) | |
| | ) | |
| FAYETTE COUNTY DETENTION | ) | **JUDGMENT** |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Kenneth Mobley's amended complaint [D. E. No. 10-1] is **DISMISSED WITHOUT PREJUDICE**.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of November, 2020.



Signed By:

*Henry R Wilhoit Jr.*

**United States District Judge**

1